UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KEILON BRIGGS | : | |
| | : | |
| v. | : | C.A. No. 06-467T |
| | : | |
| A.T. WALL, et al. | : | |

**MEMORANDUM AND ORDER**

This matter is before the court on the application of the *pro se* plaintiff, an inmate in the custody of the Rhode Island Department of Corrections, for leave to proceed *in forma pauperis* without prepayment of fees (Document No. 2) pursuant to 28 U.S.C. § 1915. Said application is GRANTED.

However, pursuant to 28 U.S.C. § 1915(b)(1), a prisoner who is granted leave to proceed without prepayment of fees must pay, as an initial partial filing fee, 20% of the greater of (A) the average monthly deposits to the prisoner's account; or (B) the average monthly balance in his account for the six-month period immediately preceding the filing of the complaint. After paying the initial filing fee, the prisoner shall be required to make monthly payments of 20% of the preceding month's income credited to his account. 28 U.S.C. § 1915(b)(2). The agency having custody of the prisoner shall forward such subsequent payments from the prisoner's account to the clerk of the court each time the amount exceeds $10.00 until the filing fee is paid in full. Id.

Accordingly, after a review of Plaintiff's prison trust account statement and his application filed in support of his motion to proceed *in forma pauperis*, he shall be assessed an initial partial filing fee payment of $20.00. The Rhode Island Department of Corrections is hereby ordered to forward the initial payment on Plaintiff's behalf. Provided Plaintiff's prison trust account balance

equals or exceeds the initial fees assessed, the initial fee shall be forwarded to the clerk of this court within twenty days of this Order. If Plaintiff lacks sufficient funds to pay the fee, the initial payment shall be forwarded by the Rhode Island Department of Corrections as soon as the balance in Plaintiff's prison trust account equals or exceeds $20.00. Furthermore, the Rhode Island Department of Corrections shall forward to the clerk of this court subsequent monthly payments of 20% of Plaintiff's preceding month's income each time his account balance exceeds $10.00. Such fees shall be forwarded until the $350.00 filing fee is paid in full.

SO ORDERED.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
November 9, 2006