**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KEILON BRIGGS**

**Vs.** **CIVIL ACTION No. 06-467T**

**ASHBEL T. WALL, et al.**

**MOTION FOR ENTRY OF DEFAULT**
**INCOMPLIANCE WITH RULE 55(a)(b)**
**********************************

Now comes the Plaintiff, Keilon Briggs, and hereby request for **ENTRY of DEFAULT** incompliance with **Federal Rules of Civil Procedure Rule 55(a),(b),(d)(2),(F),** Defendants failed to comply with returning such waiver, and or refusing to acknowledge within thirty (30) days to Plaintiff.

Plaintiff properly complied with **Fed. R. Civ. P. Rule 55(d)(2), (F),** by serving waiver of service; Duty to Save Costs of Service; Request to Waive. Proof so offered attached as the following exhibits:

EXHIBIT-1.) Letter from: United States District Court District of Rhode Island Dated: March 8, 2007, To Plaintiff From: Lucia Cristina Leyva, Deputy Clerk;

EXHIBIT-2.) Letter from: United States District Court District of Rhode Island Dated: March 8, 2007, To Plaintiff, From: Lucia Cristina Leyva, Deputy Clerk;

EXHIBIT-3.) Letter from: United States District Court District of Rhode Island Dated: February 6, 2007, To Plaintiff, From: Lucia Cristina Leyva, Deputy Clerk;

EXHIBIT-4.) Letter from: Department of Corrections Office of legal Counsel, 40 Howard Avenue, Cranston, R I 02920, To Plaintiff, From: Patricia A. Coyne-Fague, Chief Legal Counsel;

EXHIBIT-5.) Letter from: Department of Corrections Office of Legal Counsel, 40 Howard Avenue, Cranston, R.I. 02920, Dated January 9, 2007, to Plaintiff, From: Michael B. Grant, Deputy Chief Legal Counsel;

EXHIBIT-6.) Letter from: Department of Corrections Office of Legal Counsel, 40 Howard Avenue, Cranston, R.I. 02920, Dated: February 23, 2007, to Plaintiff, From: Patricia A. Coyne-Fague, Chief Legal Counsel;

EXHIBIT-7.) Letter from: Department of Corrections Office of Legal Counsel, 40 Howard Avenue, Cranston, R.I. 02920, Dated:January 19, 2006, to Plaintiff, From: Patricia A. Coyne-Fague, Chief Legal Counsel;

EXHIBIT-8.) Letter from: Keilon Briggs, Plaintiff, Dated: March 11, 2007, To: C/O Lucia Cristina Leyna, Deputy Clerk of United States District Court of Rhode Island.

**WHEREFORE,** Plaintiff prays the Honorable Court Enter the Entry of Default against the Defendants pursuant to **Fed. R. Civ. P. Rule 55(a),(b),(d)(2),(F).** Plaintiff avers that Defendants and Legal Counsels have acted in **badfaith** avoiding responding to Plaintiff's Civil Action Complaint. Plaintiff ask that in the interest of justice the Motion for Default be Granted on behalf of Plaintiff.

Date: 7/16/2007

Respectfully Submitted,

Keilon Briggs

Keilon Briggs
Medium Moran Facility
P.O. Box 8274
Cranston, R.I. 02920

CERTIFICATION OF SERVICE
[28 USCA 1746]

I, Keilon Briggs, Pro Se Litigant, declare under the penalty of perjury that I have served a copy of the within Motion Entry of Default upon the Defendants Attorney Michael B. Grant, R.I. Dept. of Corrections at 40 Howard Avenue, Cranston, R.I. 02920, 16th day of July, 2007.

Keilon Briggs
Keilon Briggs, Pro Se