EXHIBIT (1)

David A. DiMarzio
Clerk of Court

*UNITED STATES DISTRICT COURT*
*District of Rhode Island*

Paulette J. Dube
Chief Deputy Clerk

March 8, 2007

RE: CA06-467T

Dear Mr. Briggs:

Enclosed, please find the "Notice of Lawsuit and Request for Waiver of Service of Summons" and "Waiver of Service of Summons" forms that were received by the Clerk's Office on February 27, 2007. These documents **must** be filed with the Clerk's Office **after being signed by the defendant(s)**.

I have attached a copy of my first letter to you explaining how to effect service upon the defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure.

Sincerely,

*Lucia Cristina Leyva*

Lucia Cristina Leyva
Deputy Clerk

One Exchange Terrace • Federal Building and Courthouse • Providence, RI 02903 • Tel: (401) 752-7200 • Fax: (401) 752-7247