EXHIBIT (S)

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
OFFICE OF LEGAL COUNSEL
40 Howard Avenue
Cranston, R.I. 02920
Tel: (401) 462-2622
Fax: (401) 462-2583
TDD: (401) 462-5180

January 9, 2007

Keilon Briggs
P. O. Box 8274
Cranston, R. I. 02920

Re: Briggs v. Wall, Forgue and Viveiros
C. A. No. 06-467 T

Dear Mr. Briggs:

Please be advised that on January 8, 2007, I did receive a copy of your complaint in the above-referenced matter as well as a summons and request for waiver of service for Defendants A. T. Wall, Joseph Forgue and Lt. Viveiros. Please be advised that under the Civil Rules of Procedure, mailing these documents to me in my office is not appropriate or acceptable. You must serve or mail these documents to the Defendants directly. See Federal Rules of Civil Procedure 4. I am retaining copies of the complaints for my file.

Very truly yours,

Michael B. Grant
Deputy Chief Legal Counsel

MBG:c
Enclosures