EXHIBIT (6)

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
OFFICE OF LEGAL COUNSEL
40 Howard Avenue
Cranston, R.I. 02920
Tel: (401) 462-2622
Fax: (401) 462-2583
TDD: (401) 462-5180

February 23, 2007

Inmate Keilon Briggs
P.O. Box 8274
Cranston, RI 02920

Dear Mr. Briggs:

I am herein returning the package of complaints and waiver forms that you sent to the office of legal counsel. Please consult Rule 4 of the Federal Rules of Civil Procedure for information concerning proper service of process.

Sincerely,

Patricia A. Coyne-Fague
Chief Legal Counsel