EXHIBIT (7)

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
OFFICE OF LEGAL COUNSEL
40 Howard Avenue
Cranston, R.I. 02920
Tel: (401) 462-2622
Fax: (401) 462-2583
TDD: (401) 462-5180

January 19, 2006

Dear Mr.

Your January 17, 2006 letter to Director Wall, concerning your recent discipline, has been referred to me for a response.

Be advised that U.S. Supreme Court case law holds that a prison inmate has no due process rights concerning prison discipline where the sanction does not exceed 30 days in segregation. Pursuant to the Department's disciplinary policy, you were given due process (e.g., notice and a hearing). Therefore the sanction you received (180 days in segregation) for an infraction categorized as "High – Predatory" is justifiable, appropriate, and in accord with pertinent case law. The "Morris Rules" no longer govern the disciplinary process at the ACI, pursuant to the holdings in *L'Heureux v. Department of Corrections*, 708 A.2d 549 (RI 1998) and *Doctor v. Wall*, 143 F.Supp.2d 203 (D.R.I. 2001).

Therefore, your offer to "resolve this matter in house" is respectfully declined.

Sincerely,

Patricia A. Coyne-Fague

Patricia A. Coyne-Fague
Chief Legal Counsel

cc: Judge Lisi, U.S. Dist. Ct.
Chief Judge Torres, U.S. Dist. Ct.
Magistrate Judge Hagopian, U.S. Dist. Ct.
A.T. Wall, II, Director