EXHIBIT (8)

TO: C/O Lucia Cristina Leyna,
Deputy Clerk
David A. Dimarzio,
Clerk of Court
United States District Court
For The District of Rhode Island
One Exchange Terrace
Courthouse Building 119
Providence, R.I. 02903

FROM: Keilon Briggs
Medium Moran Facility
P.O. Box 8274
Cranston, R.I. 02920

RE: CA06-467 T

March 11, 2007

Dear Mrs. Leyna and Mr. Dimarzio:

In Good Faith I served the defendants with a true copy of the complaint first at the office of attorney Michael B. Grant at 40 Howard Ave., Cranston, Rhode Island; then to the office of the Director Ashbel T. Wall at 40 Howard Ave, Cranston, Rhode Island 02920. Each time I received letters from Department of Corrections Office of Legal Counsel at 40 Howard Avenue, Cranston, Rhode Island 02920. In compliance with HAINES v. KERNER, 404 U.S. 519, 30 L Ed 2d 652, 92 S Ct 594; Pleading § 130- pro se complaint 1. The United States Supreme Court hods allegations of a pro se complaint to less stringent standards than formal pleadings drafted by lawyers.

In good faith I am respectfully requesting and pray the Court adheres to HAINES v. KERNER case regarding my complaint. It is very transparent that the defendants are in bad faith refusing to accept the Notice of Lawsuit and Request of Service of Summons. I state under the pehalty of perjury to the best of my knowledge that I have in fact complied with with Federal Rules of Civil Procedures pursuant to Rule 4. I have submitted the copies in triplicate(s) to the Court.

WHEREFORE, plaintiff respectfully ask that the Court serve the defendant(s) in the best interest of justice with the complaint, or inform plaintiff of another alternative to resolve the matter of serving the complaint upon the named defendant(s). The attorneys for the Rhode Island Department of Corrections refuse to acknowledge the Notice of Lawsuit and Request of Waiver of Service of Summons. Plaintiff has fully complied with the Federal Rules of Civil Procedures, and Rule 4.

Find enclosed attached letters from Office of Legal Counsel of the defendants.

XXXXXXXXXXXXX

Respectfully submitted

Keilon Briggs

Keilon Briggs

Keilon Briggs
Medium Moran Facil;ity
P.O. Box 8274
Cranston, R.I. 02920

cc.file
Ashbel T. Wall, Director (Defendant)
Michael B. Grant, Esq. (attorney of defendants)