UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KEILON BRIGGS

V. C. A. NO. 06-467 T

A. T. WALL, II, ET AL

ANSWER OF DEFENDANT A. T. WALL II

Now comes A. T. Wall, II and hereby answers Plaintiff's complaint as follows:

1. The allegation contained in Paragraph 1 of the Plaintiff's complaint is jurisdictional in nature and therefore, no response is required.

2. Admitted.

3. Admitted.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Admitted.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations contained in this Paragraph, and leave Plaintiff to his proof.

14. Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations contained in this Paragraph, and leave Plaintiff to his proof.

15. Denied.

CLAIMS

FIRST CAUSE OF ACTION

Defendant denies all allegations contained in Plaintiff's First Cause of Action.

SECOND CAUSE OF ACTION

Defendant denies all allegations contained in Plaintiff's Second Cause of Action.

THIRD CAUSE OF ACTION

Defendant denies all allegations contained in Plaintiff's Third Cause of Action.

.FOURTH CAUSE OF ACTION

Defendant denies all allegations contained in Plaintiff's Fourth Cause of Action.

FIRST DEFENSE

This Court lacks subject matter jurisdiction over Plaintiff's claims.

SECOND DEFENSE

Plaintiff does not allege any facts that would support a valid claim under 42 U.S.C. § 1983. Plaintiff does not state any claim against Defendants cognizable in this court.

THIRD DEFENSE

This action is barred by the doctrine of sovereign immunity

FOURTH DEFENSE

The Defendant has the benefit of all express and implied exceptions to the statutory waiver of sovereign immunity.

FIFTH DEFENSE

At all times material to the allegations in the complaint, the Defendant was in the exercise of due care and Defendant, in good faith, duly fulfilled any and all duties owed to the Plaintiff, if in fact, any duties were owed.

SIXTH DEFENSE

The Defendant at all times acted reasonably and in good faith and did not violate any clearly established constitutional rights of the Plaintiff. Accordingly, Defendant asserts the defense of qualified immunity.

SEVENTH DEFENSE

Defendant A. T. Wall, to the extent that he is sued in his official capacity as Director of the Rhode Island Department of Corrections has the benefit of his status as sovereign, together with all privileges and immunities which inure to said status.

WHEREFORE, Defendant demands entry of judgment in his favor, plus costs and attorney's fees.

DEFENDANT,
By His Attorney,

/S/ Michael B. Grant

Michael B. Grant, Esq.
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 13th of September, 2007, I mailed a true copy of the within Answer to Keilon Briggs, P. O. Box 8274, Cranston, R. I. 02920.

/S/ Michael B. Grant