UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

KEILON BRIGGS

v. CA No. 06-467T

A.T. WALL, ET AL.

**ORDER DENYING MOTION FOR ENTRY OF DEFAULT**

Based on the Magistrate Judge's Report and Recommendation dated September 6, 2007; and, in the absence of objection, the Plaintiff's Motion for Entry of Default is hereby DENIED.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 10/10/07 , 2007