UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

KEILON BRIGGS

              v.                    CA No. 06-467T

A.T. WALL

### ORDER DISMISSING CLAIMS AGAINST DEFENDANT A.T. WALL

For reasons stated in Magistrate Judge Almond's Report and Recommendation dated November 20, 2007, Defendant Wall's "Motion to Dismiss" (Doc. #9) is hereby granted.

By Order

/s/ _____
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Senior U.S. District Judge

Date: 12/30/08