## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

KEILON BRIGGS,
PETITIONER,

v.                                                          C.A. No. 06-467T

A.T. WALL, ET AL.,
RESPONDENTS.

## JUDGMENT

[ ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED:

> Pursuant to the December 30, 2008 Order of this Court, judgment hereby enters for the Respondent A.T. Wall, Jake Gadsen, Jr., Lt. Viverous, and Joseph Forgue and against Petitioner Briggs.


                                                    Enter:

                                                    /s/Ryan H. Jackson

                                                    Deputy Clerk

Dated: January 5th, 2009